No. 11–9553. HILL ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9555. BROWN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9557. FEARCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9565. FINCH *v.* PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9566. HAMMONDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9578. RIVERA *v.* KING, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–9601. SAINZ-PRECIADO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–783. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1063. BLYE ET AL. *v.* KOZINSKI, CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–9554. SALAZAR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7562. SMITH *v.* BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., 565 U. S. 1205;
No. 11–7724. SKINNER *v.* OKLAHOMA ET AL., 565 U. S. 1209;
No. 11–7750. GENA *v.* UNITED STATES, 565 U. S. 1247;
No. 11–7910. BERRETTINI *v.* UNITED STATES, 565 U. S. 1247;
No. 11–8060. BROWNING *v.* UNITED STATES, 565 U. S. 1218;
No. 11–8115. MCNAUGHTON *v.* AUBURN CORRECTIONAL FACILITY, 565 U. S. 1248; and

No. 11–8458.  LOTTER *v.* HOUSTON, WARDEN, 565 U. S. 1268. Petitions for rehearing denied.

No. 11–6205.  ORTIZ-ALVEAR *v.* WELLS, WARDEN, 565 U. S. 1229; and

No. 11–8740.  IN RE CRAWFORD, 565 U. S. 1259.  Petitions for rehearing denied.  JUSTICE KAGAN took no part in the consideration or decision of these petitions.

### APRIL 26, 2012

No. 11A1024.  ADAMS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 11–9359 (11A884).  ADAMS *v.* TEXAS.  Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

### APRIL 27, 2012

No. 11–9886 (11A997).  IN RE SELSOR.  Application for stay of execution of sentence of death, presented to JUSTICE SOTOMAYOR, and by her referred to the Court, denied.  Petition for writ of habeas corpus denied.

### APRIL 30, 2012

No. 10–1553.  BEARD ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Reported below: 633 F. 3d 616;

No. 11–163.  GRAPEVINE IMPORTS, LTD., ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Reported below: 636 F. 3d 1368; and

No. 11–582.  SALMAN RANCH, LTD., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Reported below: 647 F. 3d 929.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v.